UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BETTY JEAN ROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:18-CV-01322-AGF |
| | ) |
| SERVICE SOURCE INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the Motion to Expedite Time to Respond and Reply to Plaintiff's Motion to Compel, filed by Plaintiff Betty Jean Roy. ECF No. 41. In the motion, Plaintiff requests that the Court require Defendant to respond to the motion to compel filed on June 25, 2019 (ECF No. 39) within two days, and that Plaintiff be given two days to reply.

From the Court's review of the materials filed, it appears that the parties have been engaged in negotiating the terms of a protective order, a matter which, if material to the production of documents requested, Plaintiff asserts should have been addressed by Defendant at an earlier time. The Court is aware that the parties have a mediation conference scheduled on July 10, 2019, after which the parties have scheduled depositions. It appears that counsel conducted a meet-and-confer on June 11, 2019, prior to the negotiations regarding a protective order, and the record does not reflect any further meet-and-confer following that date.

The Court will grant the relief requested by Plaintiff in part. The parties are directed immediately to meet and confer, and attempt in good faith to reach an agreement, with respect to (1) the terms of a protective order and (2) the date for the production of further documents by Defendant, after which the parties shall file a status report.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall immediately meet and confer with respect to the terms of a protective order and a date by which further documents will be produce by Defendant.

**IT IS FURTHER ORDERED** that the parties shall file a status report with the Court by **Friday, June 28, 2019**, identifying any further relief the parties are seeking from the Court.

**IT IS FURTHER ORDERED** that Defendant shall file a response to Plaintiff's Motion to Compel Discovery (ECF No. 39) by **Monday, July 1, 2019**.

Except as granted herein, Plaintiff's Motion to Expedite Time to Respond and Reply to Plaintiff's Motion to Compel (ECF No. 41) is **DENIED**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 26th day of June, 2019.